ESTATE OF SHRINER: PAGEL, Appellant, vs. SHRINER, Administrator and another, Respondents.

For the appellant: *Hill, Beckwith & Harrington* of Madison.

For the respondents: *Blum & Blum* and *J. M. Fitzgibbons,* all of Monroe, attorneys, and *Jeffris, Mouat, Oestreich, Wood & Cunningham* of Janesville of counsel.

*By the Court.*—Judgment affirmed.

D'AMATO, Appellant, vs. CASH and another, Respondents.

For the appellant: *Adolph G. Schwefel,* attorney, and *Walter G. Seher* of counsel, both of Milwaukee.

For the respondents: *Bendinger & Hayes,* attorneys, and *John H. Schlosser* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

ROSSBACH, Assignee, Respondent, vs. DLOUHY, Appellant.

For the appellant: *Aaron L. Weiss,* attorney, and *Virgil L. Blanding* and *Irving A. Lore* of counsel, all of Milwaukee.

For the respondent: *Harold M. Baum* of Milwaukee.

*By the Court.*—Judgment affirmed.